190 So.2d 913

## CONSOLIDATED LOANS, INC.

v.

## Albertha Sterling SMITH et al.

No. 48406.

Oct. 21, 1966.

In re: Consolidated Loans, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 190 So.2d 522.

The application is denied. There appears no error in the judgment complained of.

190 So.2d 913

## SOUTHERN CONSTRUCTION COMPANY

v.

## HOUSING AUTHORITY OF the CITY OF OPELOUSAS, Louisiana.

No. 48402.

Oct. 21, 1966.

In re: Southern Construction Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 189 So.2d 454.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.